Andrew S. Brignone, Esq.
Nevada Bar No. 751
Michael V. Infuso, Esq.
Nevada Bar No. 7388
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLAS CONSTRUCTION CLEANUP, INC., a Nevada corporation; and ERNEST CORTEZ, JR., an individual,<br><br>Defendants. | CASE NO.<br><br><br>CONFESSION AND STIPULATION TO ENTRY OF JUDGMENT UNDER 29 U.S.C. § 1001 et seq. "ERISA" |

Atlas Construction Cleanup, Inc. ("Atlas"), a Nevada corporation, and Ernest Cortez, Jr. ("Cortez") hereby confess judgment and stipulate to entry of judgment in United States District Court, District of Nevada under 29 U.S.C. §1001 et seq. of the Employee Retirement Income

20052\2\1297021.1                              1

Security Act of 1974 ("ERISA") in favor of Plaintiffs Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively the "Laborers Joint Trust Funds"), and against Atlas and Cortez in the total sum of Two Hundred Forty Three Eight Hundred Seventy Five and 02/100 Dollars ($243,875.02), representing employee benefits, liquidated damages, attorneys' fees and costs, and interest.

This Confession and Stipulation to Entry of Judgment is for a debt justly due to the Plaintiffs Laborers Joint Trust Funds under ERISA and arising out of the following facts:

1. Atlas is signatory to and bound by the terms of the Master Labor Agreement and the Trust Agreements establishing the Laborers Joint Trust Funds.

2. Under these Agreements, Atlas is obligated to pay employee benefits to the Laborers Joint Trust Funds on behalf of Atlas' bargaining unit employees represented by Laborers International Union of North America or its affiliated locals.

3. Based on a remittance reports of Atlas for the months of April through June, 2009, Atlas is delinquent in payment of employee benefit contributions and ancillary costs to the Laborers Joint Trust Funds for the months of April through June, 2009.

4. Ernest Cortez, Jr. is an officer of Atlas. As an officer, Ernest Cortez, Jr. has control over whether Atlas pays the employee benefits it owes to the Laborers Joint Trust Funds.

5. The employee benefits become Trust Fund assets as of the date they are due to the Laborers Joint Trust Funds.

6. Ernest Cortez, Jr. has possession of employee benefits due to the Laborers Joint Trust Funds, which are Trust Fund assets.

7. By virtue of Cortez's possession and control of employee benefits, Ernest Cortez, Jr. is a "fiduciary" under ERISA.

8. As an ERISA fiduciary, Ernest Cortez, Jr. has a duty to make the Laborers Joint Trust Funds whole for all delinquent employee benefits that are due from Atlas.

9. Atlas is delinquent to the Laborers Joint Trust Funds for contributions totaling One Hundred Ninety Eight Thousand Eight Hundred Twelve and 64/100 Dollars ($198,812.64), liquidated damages totaling Thirty Nine Thousand Seven Hundred Sixty Two and 53/100 Dollars ($39,762.53), past interest at 14% in the amount of Three Thousand Seven Hundred Ninety Nine and 85/100 Dollars ($3,799.85), past attorney's fees and costs in the amount of One Thousand Five Hundred and no/100 Dollars ($1,500.00) for a total of Two Hundred Forty Three Thousand Eight Hundred Seventy Five and 02/100 Dollars ($243,875.02).

10. The foregoing is for a debt justly due and owing by Atlas and Ernest Cortez, Jr. to the Laborers Joint Trust Funds under 29 U.S.C. §1001 et seq. "ERISA."

11. Ernest Cortez, Jr. agrees to personally guarantee and to be personally liable for payment of the amounts set forth herein.

Dated: July 29, 2009

Atlas Construction Cleanup, Inc.

By: /s/ Ernest Cortez, Jr.

Its: President

Dated: July 29, 2009

Ernest Cortez, Jr., an individual

By: /s/ Ernest Cortez, Jr.

STATE OF NEVADA        )
                       ) ss.
COUNTY OF Clark        )

Ernest Cortez, Jr., being first duly sworn, deposes and says:

That he is the __PRESIDENT__ and representative of Defendant Atlas Construction Cleanup, Inc. and is duly authorized to execute this document; that he has read the foregoing Confession and Stipulation to Entry of Judgment Under U.S.C. §1001 et seq. of ERISA and knows the contents thereof; that the same is true of his own knowledge, except for those matters therein stated on information and belief, and as to those matters he believes them to be true.

_____
Affiant

Subscribed and sworn to before me this 20th day of July, 2009.

_____
- NOTARY PUBLIC -

Notary Public - State of Nevada
County of Clark
KATHRYN A. MACK
My Appointment Expires
November 30, 2009
No: 00-6607-1

IT IS SO ORDERED.

_____
Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 19, 2011

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

20052\2\1297021.1                                4